IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN BRINCKMAN,

    Petitioner,             No. 2:12-cv-0534 GGH P

    vs.

UNKNOWN,                     ORDER and

    Respondent.          FINDINGS & RECOMMENDATIONS

_____/

        On February 29, 2012, petitioner filed a one page letter seeking an extension of time to file a petition pursuant to 28 U.S.C. § 2254. See Doc. No. 1. No other pleadings were filed by petitioner. By order March 27, 2012, the court advised petitioner that the court would not issue any orders granting or denying relief until an action had been properly commenced. See Doc. No. 3 at 1. The court denied without prejudice petitioner's motion to extend his time to file a habeas petition, and granted petitioner 30 days to file a petition that complied with the appropriate rules. The thirty day period has now expired, and petitioner has not filed a petition or otherwise responded to the court's order.

        IT IS HEREBY ORDERED that the Clerk assign a district judge to this case; and

        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

1

1  These findings and recommendations are submitted to the United States District
2  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen
3  days after being served with these findings and recommendations, any party may file written
4  objections with the court and serve a copy on all parties.  Such a document should be captioned
5  "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections
6  shall be served and filed within fourteen days after service of the objections.  The parties are
7  advised that failure to file objections within the specified time may waive the right to appeal the
8  District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
9  DATED: June 13, 2012

           <u>/s/ Gregory G. Hollows</u>
           UNITED STATES MAGISTRATE JUDGE

ggh:rb
brin0534.fsc